UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| John A. Hartrampf, Jr. as the Personal Representative of the Estate of Caroline E. Hartrampf, | ) ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 6:09-1679-HMH |
| v. | ) ) | **OPINION & ORDER** |
| James J. Monaghan and Ronald E. Phillips, Sr., as the Co-Personal Representatives of the Estate of Stephen J. Phillips; Ronald E. Phillips, Sr., individually and d/b/a Phillips Enterprises; and Fairway Group of South Carolina, LLC, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Fairway Group of South Carolina, LLC ("Fairway Group") is hereby ordered to inform the court of the citizenship of all of its members for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied. See 28 U.S.C. § 1332; Gen. Tech. Applications, Inc. v. Exro Ltda, 388 F.3d 114, 120 (4th Cir. 2004). Fairway Group is ordered to respond within ten (10) days of the date of this order.

**IT IS SO ORDERED.**

                                                      s/Henry M. Herlong, Jr.
                                                      Senior United States District Judge

Greenville, South Carolina
August 24, 2009